THE STATE OF OHIO, APPELLEE, *v*. PATTERSON, APPELLANT.

[Cite as *State v. Patterson*, 127 Ohio St.3d 119, 2010-Ohio-5270.]

*Cause remanded to the court of appeals for application of State v. Rohrbaugh.*

(Nos. 2009-0455 and 2009-0545 — Submitted August 10, 2010 — Decided November 2, 2010.)

APPEAL from and CERTIFIED by the Court of Appeals for Muskingum County, No. CT2008-0054, 2009-Ohio-273.

————————————

{¶ 1} The certified question is answered by our opinion in *State v. Rohrbaugh*, 126 Ohio St.3d 421, 2010-Ohio-3286, 934 N.E.2d 920, and the cause is remanded to the court of appeals for application of *State v. Rohrbaugh*, including a determination of whether the three conditions set forth in the syllabus of *State v. Rohrbaugh* were present with regard to appellant's guilty plea to the amended indictment.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

————————————

David A. Sams, for appellant.

————————————